IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER SHANNO, | ) | CASE NO. 1:14-CV-5 |
| Plaintiff, | ) | |
| vs. | ) | **ORDER OF DISMISSAL** |
| NEBRASKA DISTRIBUTING COMPANY, d/b/a PREMIER MIDWEST BEVERAGE COMPANY, a Nebraska corporation, | ) | |
| Defendant. | ) | |

THIS MATTER comes before the court upon the Stipulation of the Parties that this case be dismissed, with prejudice, each party to bear his or its own attorneys' fees and costs.

Upon consideration of the Stipulation, and being duly advised in the premises, the Court approves of the parties' Stipulation.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action is hereby dismissed, with prejudice, each party to bear his or its own attorneys' fees and costs.

DATED this 3rd day of September, 2014.

_____
HELEN C. ADAMS
UNITED STATES MAGISTRATE JUDGE